In the Matter of HERBERT BENON, Appellant, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents.

Argued January 16, 1941; decided February 27, 1941.

*Menahem Stim* and *Frederick W. Becker* for appellant.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* and *George G. Gallantz* of counsel), for respondents.

Order affirmed, with costs. Though, after investigation by the Commissioner of Investigations, the petitioner was exonerated from any wrongdoing, we cannot review his dismissal because he had no right of tenure under the Civil Service Law. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.